UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**MASONRY INDUSTRY TRUST ADMINISTRATION, INC.,**

                Plaintiff,

    v.

**CAPSTONE CONTRACTING, INC.,**
**and APRIL RICHARDSON,**

                Defendants.

No. CV 09-1366-MO

OPINION AND ORDER

**MOSMAN, J.,**

    This matter comes before the Court on Plaintiff's Motion, Declaration, and Statement for Attorneys Fees (#13) and Bill of Costs (#14). After a review of the documentation submitted by counsel, the Court GRANTS plaintiff's requests for an award of attorney fees and costs (#13, #14). Plaintiff is entitled to an award of reasonable attorney fees in the amount of $2,953.50 and costs in the amount of $470.00.

    IT IS SO ORDERED.

    DATED this  16th  day of September, 2010.

                                          /s/ Michael W. Mosman
                                            MICHAEL W. MOSMAN
                                            United States District Court